UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-61607-DIMITROULEAS

VICTORIA STARR HARRIS,

    Plaintiff,

v.

LIFESHIELD NATIONAL INSURANCE CO,

    Defendant.

_____

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Without Prejudice [DE 6] (the "Notice"), filed on October 31, 2024. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 6] is **APPROVED**;

2. This case is **DISMISSED WITHOUT PREJUDICE**;

3. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 1st day of November, 2024.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record